# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FILION, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ETHAN ALLEN RETAIL, INC., a Delaware Corporation; and DOES 1 through 100, inclusive, <br><br> Defendant. | CASE NO. 05-CV-2340H (JMA) <br><br> **ORDER RE JOINT MOTION TO STAY ACTION** |

On December 23, 2005, Plaintiff Laura Filion, on behalf of herself and all others similarly situated ("Plaintiffs") filed a complaint against Defendant Ethan Allen Retail, Inc. ("Defendant"). Plaintiffs filed a First Amended Complaint on January 25, 2006, alleging, *inter alia*, violations of section 226.7 of the California Labor Code, which mandates the payment of an hour of pay at an employee's regular rate of compensation for each work day that a meal or rest period is not provided by an employer. Plaintiffs and Defendant agree that the statute of limitations applicable to a suit brought under section 226.7 is dependent upon whether the one-hour compensation is considered a "wage" or a "penalty."

The California Court of Appeal has considered this question twice, reaching opposite conclusions. See Murphy v. Kenneth Cole Productions, Inc., 36 Cal. Rptr. 3d 418, 440 (2005) (holding that the compensation imposed by section 226.7 is a penalty,

1  mandating a one-year statute of limitations); National Steel and Shipbuilding Co. v.
2  Superior Court, 38 Cal. Rptr. 3d 253, 263 (2006) (holding that the compensation
3  imposed by section 226.7 is "in the nature of a statutory remedy to employees,"
4  mandating a three-year statute of limitations).  The California Supreme Court has
5  granted review to both cases in order to decide, *inter alia*, the statute of limitations
6  period applicable to a suit under section 226.7.  See Murphy v. Kenneth Cole
7  Productions, 130 P.3d 519, 519 (2006); National Steel & Shipbuilding v. Superior
8  Court, 132 P.3d 1166, 1166 (2006).  Plaintiffs and Defendant seek a stay pending the
9  outcome of the California Supreme Court's review of Murphy and National Steel.

10  The Court decides this motion upon the moving papers pursuant to local rule
11  7.1(d)(1) and **GRANTS** in part the requested stay, staying the suit until May 7, 2007.
12  The temporary stay is granted without prejudice regarding the ability of either party to
13  file an application seeking to extend the stay.  If an extention is deired, Plaintiffs and/or
14  Defendant shall file a report regarding the status of Murphy and National Steel, along
15  with a motion to extend the stay, on April 30, 2007.  The Court reserves the right to
16  deny extending the stay beyond six months in the interests of justice.

17  IT IS SO ORDERED.
18  DATED:  November 1, 2006

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:

Thomas P. Brown IV
Brown Gitt Law Group, LLC
251 South Lake Avenue, Suite 910
Pasadena, CA 91101

Timothy D. Cohelan
Cohelan & Khoury
605 C Street, Suite 200
San Diego, CA 92101

Mark L. Miller
Law Offices of Mark L. Miller
2341 Jefferson Street, Suite 100
San Diego, CA 92110